# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Lauro M., | Case No. 26-CV-134 (SRN/DJF) |
| Petitioner, | |
| v. | **AMENDED ORDER** |
| Pamela Bondi, Attorney General; Darren Margolin, Director for Executive Office for Immigration Review; Executive Office for Immigration Review; Kristi Noem, Secretary, U.S. Department of Homeland Security; Department of Homeland Security; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement; Immigration and Customs Enforcement; and David Easterwood, Acting Director, St. Paul Field Office, Immigration and Customs Enforcement, | |
| Respondents. | |

---

Petitioner Lauro M. has filed a Verified Petition for Writ of Habeas Corpus ("Petition") [Doc. No. 1]. With respect to the Petition and these proceedings, **IT IS HEREBY ORDERED THAT**:

1.  Respondents are directed to file an answer to the Petition (and to any related motion for injunctive relief, if subsequently filed) by no later than January 13, 2026, certifying the true cause and proper duration

of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2.     Respondents' answer should include:

    a.     Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the Petition;

    b.     A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims;

    c.     Respondents' recommendation on whether an evidentiary hearing should be conducted; and

    d.     Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *E.M. v. Noem*, No. 25-cv-3975 (SRN/DTS), 2025 WL 3157839 (D. Minn. Nov. 12, 2025), and *Maldonado v. Olson*, 795 F. Supp. 3d 1134 (D. Minn. 2025).

3.     If Petitioner intends to file a reply to Respondents' answer, Petitioner must do so by no later than January 15, 2026.  Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4.     Respondents are **TEMPORARILY RESTRAINED and ENJOINED** from moving the Petitioner out of the District of Minnesota or deporting him until the Court has the opportunity to rule on the pending Petition.

To the extent Respondents object to this requirement, they may file a motion and a written memorandum of law at any time, but they may not move the Petitioner out of the District or deport him while that motion is pending.

.

Dated: January 9, 2026

s/Susan Richard Nelson
Susan Richard Nelson
United States District Judge

3